IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: JOHN M. FERRIS ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| HYUNDAI CAPTIAL AMERICA ) | CASE NO. 26-10282 (PMM) |
| d/b/a HYUNDAI MOTOR FINANCE ) | |
| **Moving Party** ) | |
| ) | HEARING DATE: **5-27-26 at 1:00 PM** |
| v. ) | |
| ) | |
| JOHN M. FERRIS ) | 11 U.S.C. 362 |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |
| ) | |

## ORDER MODIFYING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Hyundai Capital America d/b/a Hyundai Motor Finance, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(4) to permit the movant to pursue the movant's rights in the personal property described as a **2022 Hyundai Palisade** bearing vehicle identification number KM8R74HE3NU351832 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: 05/26/26

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE